**LAW OFFICE OF ERIC OLLASON**
ATTORNEY AT LAW
**182 NORTH COURT**
TUCSON, ARIZONA 85701
TELEPHONE (520) 791-2707
PCC No. 4349
SBA # 014860

**Attorney for Debtor**s

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MANUEL SILVA and MARIA D. SILVA,<br><br>Debtors.<br>_____<br>BAC Home Loans Servicing, L.P. fka Countrywide Home Loan Servicing, L.P.,<br><br>Movant,<br>vs.<br><br>Manuel Silva and Maria D. Silva, Debtor(s); Dianne C. Kerns, Chapter 13Trustee,<br><br>Respondents. | In proceedings under Chapter 13<br><br>No. 4:09-bk-12453 TUC-JMM<br><br><br>**DEBTORS' OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br><br>RE: **Real Property Located at 10234 Sandstone Dr. Hereford, AZ 85613** |

Debtors, by and through their attorney undersigned, hereby objects to ***BAC Home Loans Servicing's*** ("Movant") Motion for Relief from the Automatic Stay based upon the following:

1. On June 5, 2009, the Debtors filed for Bankruptcy under Chapter 13 of the United States Bankruptcy Code.

2. **Debtors have prepared a Chapter 13 plan that provides for adequate protection of Movant's interest in that the pre-petition arrears and *post-petition payments will be paid through the Chapter 13 conduit plan*.**

2. Debtors are current on their payments to Movant.

3. The Debtors respectfully ask that the stay remain in full force and effect on the property.

Wherefore, based upon the aforementioned, the Movant's Motion For Relief from the Automatic Stay should be Denied.

DATED: December 4, 2009

/s/ Eric Ollason
Eric Ollason
Attorney for Debtors

Copies of the foregoing mailed
this 4th day of December, 2009 to:

Dianne C. Kerns, Trustee
Office of Chapter 13 Trustee
PMB #413
7320 N. La Cholla #154
Tucson, AZ 85741-2305

Tiffany & Bosco PA
Mark S. Bosco
Leonard J. McDonald
2525 East Camelback Road, Third Floor
Phoenix, AZ 85016
Attorneys for Movant

*Sharon Chacón*
By: Sharon Chacón